UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                            CASE NO. 10-11970-BKC-LMI
                                                  CHAPTER 13
DEBORAH A. JOHNSON
        Debtor.
_____/

### DEBTOR'S MOTION TO COMPEL ESTOPPEL INFORMATION AGAINST GLOBAL SCAPE MEDIA, COM, INC.

The Debtor, DEBORAH A. JOHNSON, by and through the undersigned attorney, request this Honorable Court enter an Order compelling creditor, Global Scape Media, Com, Inc., to provide estoppel and/or reinstatement information and states:

1.  The Debtor is presently under the jurisdiction of the United States Bankruptcy Court pursuant to a Chapter 13 bankruptcy filed on January 28, 2010.

2.  Requests have been made to the Creditor, Global Scape Media, Com, Inc., for estoppel and/or reinstatement information. The Debtor is unable to file an Amended Chapter 13 Plan without correct information from the Creditor.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and Subject Motion (if not previously served) were sent via email to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and served by regular mail to Global Scape Media.Com, Inc., Attn: Ashish N. Brahmbhatt, President, 10436 Southwest 24th Street, Pembroke Pines, FL 33025-3991 and Global Scape Media, Com, Inc., c/o Nelson A. Rodriguez-Varela, P.A., 2 Alhambra Plaza, Suite 112, Coral Gables, FL 33134 , this 6th day of April, 2010.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217

By:   /s/   Michael J. Brooks
       Michael J. Brooks
       Florida Bar No. 434442