UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-11970-BKC-LMI
CHAPTER 13

IN RE:
DEBORAH A. JOHNSON
    Debtor.
_____/

**DEBTOR'S MOTION TO PAYOFF COLLATERAL OF GLOBAL SCAPE MEDIA.COM, INC., AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**

**IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO PAYOFF YOUR COLLATERAL**

**This Motion seeks to payoff collateral described below securing the claims of the creditors listed below.**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 calendar days from the date this Motion was served on you to file a proof of claim or you will be deemed to have waived the right to payment or any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4).]**

    1.    Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, Local Rule 3015-3 the Debtor seeks to payoff real property securing the claim of Global Scape Media.Com, Inc., who holds a lien on the real property, a first mortgage, recorded on November 8, 2004 at OR Book 22805 at Pages 3122-3124 and OR Book 25988 at Page 0143 recorded on October 15, 2007, in the official records of Miami-Dade County, Florida.

    2.    The real property is located at 255 Grant Drive, Coral Gables, FL 33134, and is more particularly described as follows:

**A portion of Lots 6 through 10, of Block 1, of GOLDEN GATE, as recorded in Plat thereof, in Plat Book 21, at Page 46, of the Public Records of Miami-Dade County, Florida, more particularly describes as: Commence at the N.W. corner of Lot 10, Block 1, GOLDEN GATE, according to the plat thereof as recorded in Plat Book 21, at Page 46, of the Public Records of Miami-Dade County, Florida; thence run South along the West line of said Lot 10 for 16 feet;**

**thence run East for 5 feet to the intersection of a line 5 feet East and running parallel to the West property line of said Lot 10, said point of intersection being POINT OF BEGINNING of the following described parcel; thence run South along said parallel line for 79 feet to a point of Curvature of a circular curve concaved to the N.L. and having for its elements a central angel 89 57" 45" and a radius of 25 feet; thence run along the arc of said cuve for 39.25 feet to a Point of Tangency; thence run Last along a line parallel to and 5 feet North of the South property line of Lot 6; thence run North along the Last property line of a portion of Lots 6, 7, 8, 9 and a portion of Lot 10 for 104 Feet; thence run West 95 feet to the POINT OF BEGINNING.**

3. At the time of the filing of this case, the payoff of the real property is $8,822.31, as determined by the Debtor's schedules.

4. (Select only one):

_X_ Lender, Global Scape Media.Com Inc., collateral consists solely of the debtor's principal residence.  The payoff of the Lender's, Global Scape Media.Com, Inc., secured interest in the real property is $8,822.31.  Lender's, Global Scape Media.Com, Inc., secured claim shall be paid through the plan at 7% and for a total of $9,784.99, to be paid for over the life of the Plan.

___ Lender, collateral is not solely the debtors' principal residence.  The value of the Lender's secured interest in the real property is $.  Lender's, , secured claim shall be paid through the plan at    % and for a total of $, to be paid for over the life of the Plan.

5. The undersigned has reviewed the docket and claims register and states (select only one):

_X_ Lender, Global Scape Media.Com, Inc.,  has not filed a proof of claim.  The Trustee shall not disburse any payments to Lender, Global Scape Media.Com, Inc., unless a proof of claim is timely filed.  In the event a Proof of Claim is timely filed, it shall be classified as a general secured claim to the extent provided in

paragraph 4, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the Proof of Claim as filed.

___ has filed a proof of claim in this case.  It shall be classified as a secured claim to the extent provided in paragraph 4, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

6.      The subject real property may not be sold or refinanced without proper notice and further Order of the Court.

WHEREFORE, the Debtor respectfully requests an Order of the Court (a) determining the payoff of the real property in the amount asserted in this Motion, (b) determining that the secured status of Lender, Global Scape Media.Com, Inc., mortgage as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender, Global Scape Media.Com, Inc., secured interest in the real property is determined to be $8,822.31, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT**:

1.      In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the Debtor, the Debtor's attorney, and the Trustee, Nancy Herkert, at or before the hearing scheduled on this motion, the payoff of the collateral may be established at the amount as stated above without further notice, hearing or Order of the Court.  Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2.      The undersigned acknowledges that this Motion and the Notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must

be filed when the Motion and notice of hearing thereon are served.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion to Value Collateral was sent via email to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and all others set forth in the NEF, and regular mail to Global Scape Media.Com, Inc., c/o Nelson A. Rodriguez-Varela, P.A., 2 Alhambra Plaza, Suite 112, Coral Gables, FL 33134, Global Scape Media.Com, Inc., 10436 Southwest 24th Street, Pembroke Pines, FL 33025 and Global Scape Media.Com, Inc., Attn: Ashish N. Brahmbhatt, President, 10436 Southwest 24th Street, Pembroke Pines, FL 33025-3991, this 14th day of June, 2010.

                                                LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
                                                             & RODOLFO H. DE LA GUARDIA, JR.
                                                             Attorneys for the Debtors
                                                             Suite 620 • Union Planters Bank Building
                                                             10 Northwest LeJeune Road
                                                             North Miami, FL  33161-5523
                                                             Telephone      (305) 443-4217


                                                By   /s/ Michael A. Frank
                                                             Michael A. Frank
                                                             Florida Bar No. 339075