August 8, 2013

Honorable Judge Laura M. Isicoff,

My name is Deborah Delancy-Johnson and I am a victim of mortgage fraud.  Your honor, I am appealing to you because I have exhausted all means to have my case correctly resolved.  I have taken hardship loans from my 401K to pay attorney fees.  Counsel initially started my case, for a retainer, then later asked to be released from it.  I've filed bankruptcy to stop the foreclosure and sale of my property at 255 Grant Drive.  The bankruptcy #10-11970LMI was for 1-40 months, ending 6/28/13.  Presently, it is urgent that property taxes be paid or I run the risk of non-compliance.

There is a company called Global Scape Media; President and owner Armando Gutierrez Jr., at one time was named the sole owner of this property.  My name was taken off.  This same company had a law firm draw up a bogus mortgage agreement in my name for $8,882.31 which was the exact amount of the taxes that was due.  Supposedly Armando Gutierrez Jr. had acquired the property through a tax deed auction, but if that was the case, why would I take out a mortgage on my own property when the mortgage had been paid off in 1996?

I live in constant fear of losing my home.  Your honor, would you please grant me some time to explain in detail the gravity of my situation?

Sincerely,

Deborah Delancy-Johnson
255 Grant Drive
Coral Gables, FL 33133
786.301.4211
delancy555@yahoo.com