

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
51 S.W. FIRST AVENUE
ROOM 1411
MIAMI, FLORIDA 33130

**LAUREL MYERSON ISICOFF**
*United States Bankruptcy Judge*

December 18, 2013

Deborah Delancy-Johnson
255 Grant Drive
Coral Gables, FL 33133

Re: Case No. 10-11970-LMI

Dear Ms. Delancy-Johnson,

    Rule 9003 of the Federal Rules of Bankruptcy Procedure prohibits interested parties from ex parte communications with the Court concerning matters affecting a particular case or proceeding. Therefore Judge Isicoff cannot respond to the matters raised in your letter.

    By copy of this letter to the Chapter 13 Trustee, Nancy Neidich, I am requesting that they respond to your inquiry. Please do not send further letters to Judge Isicoff.

Very truly yours,

Annabelle L. Torgman
*Law Clerk to the Honorable Laurel M. Isicoff*

AT/em

cc:    Nancy K. Neidich

Bankruptcy Case #10-11970 LMI

December 12, 2013

Honorable Judge Laura M. Isicoff
51 S.W. 1st Avenue
Room 1411
Miami, FL 33130

Honorable Judge Isicoff,

Thank you for everything you have done for me, especially not throwing my case out and offering me the use of the bankruptcy monies to pay for an attorney.

Legal Aide did find me an attorney, Ralph Francois in Pemborke, FL. I met with him yesterday, and he told me when he accepted the case from Legal Aide, he was under the impression that it was a bankruptcy case only. He says my case is very complicated, but he can help and that it will cost me a fee. He advised me to ask the bankruptcy trustee Nancy for the money to use as a retainer.

Sincerely,

Deborah Delancy-Johnson
255 Grant Drive
Coral Gables, FL 33133
786.301.4211
delancy555@yahoo.com