FLD150812PM0354USBCSDF-MIA

8/12/15

Deborah A. Johnson
355 Grant Drive
Coral Gables, FL
786) 301-4211

Case # 10-11970

Judge Isicoff

Please provide me Deborah A. Johnson a copy of your final summary judgement. When I was last in court with you, you stated that I would be discharged from all my creditors. I have school loans and the county taxes that Global Scape is responsable for, will they be discharged from me? I don't know the addresses of the creditors every letter to the creditors came back as unable to send. Just recently it has been corrected. I don't understand. I will sign this form in hopes that all is okay, so I can finally get on with my life. This whole bankruptcy issue is questionable.

Deborah A. Johnson